# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129318

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AUSTIN M. THOMAS,
   Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
   Defendant.

SC: 129318
AGC: 0315/02

_____/

   On the order of the Court, the complaint for mandamus is treated as a complaint for superintending control under MCR 7.304, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
          Clerk

p1219